# ATTACHMENT 1

DOC NO
REC'D/FILED
2020 SEP -9 PM 4:11

PETER OPPENEER
# COMPLAINT FORM
CLERK US DIST COURT
WD OF WI

(for non-prisoner filers without lawyers)

### IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF Wisconsin

(Full name of plaintiff(s))

Rodney C. Moore

~~Headlequely~~

vs

(Full name of defendant(s))

Stephenie Arnott

Heather Luhman

Bill Lazar

Case Number: 20 CV 831 WMC

(to be supplied by clerk of court)

A. PARTIES

1. Plaintiff is a citizen of Wisconsin and resides at
   (State)

   2002 Packers Ave., Madison, Wis, 53704
   (Address)

(If more than one plaintiff is filing, use another piece of paper).

2. Defendant  Stephanie Arnott
(Name)

is (if a person or private corporation) a citizen of  Wisconsin
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for  Dept. of Corrections, 4706 Odana Rd., Madison WI.
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Stephanie Arnott prior to my release from prison ordered Redgranite Corr. Inst. social worker M. Lehman not to file interstate compact, to hold it, after it was paid for, that Madison would decide to file it or not. Stephanie lied to Moore's family on several occasions along with lying to Moore's girlfriend in Minnesota where Moore was trying to go. This was 4 months before Moore's release. Moore requested a new agent but was denied several times. Covid 19, everything is on the internet, jobs, sales, training, apartments, food, etc.

Attachment One (Complaint) – 2

30 days before Moore's release, Moore told his agent he needs internet access to investigate his case and to obtain evidence Court of Appeals is waiting for and he told her he needed to sell his jewelery so he could hire a private P.I. to obtain other affidavits for the court. He also stated he needed to look for work.

Stephenie put it in Moore's rules he could not have access to the internet nor could he contact any parties relating to his case or prior case.

This no internet access includes Jobs, Covid-19 has everybody using internet for Job Applications, interviews, training etc.

Job center is closed. She knew this already.

Moore took his case to Heather Luhman, stephenies Supervisor, she agreed with agent and so did Bill Lazar. She said do treatment, then she would think about it!

Moore's case had nothing to do with internet, reports from 2004 were unfounded and dropped, 2006 trial Moore was also cleared. Same people put it in a PSI seeing they couldn't win the other way, my agent believes them and not Moore.

Attachment One (Complaint) – 3

C.  JURISDICTION

☐ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

I want internet access and I want contact with my son Christopher R. Moore, Stephenie took this away because my exwife called her not my son. My son should have a choice. He is in his 40's. I want contact with Ashley Blaszca, she is another unknown witness to Moore's case. Again Brenda Bachim called Stephenie, and Brenda spoke up for her 40's year old daughter. I want contact with Tracie Watson, she is my star witness. I want to move with my family in Omro Wis. Mother. I was denied interstate compact because unable to look for out of state work. No internet to do it.

E.  **JURY DEMAND**

☐ Jury Demand - I want a jury to hear my case
     OR
☐ Court Trial – I want a judge to hear my case

Dated this _____ day of _____ 20_____.

Respectfully Submitted,

_____
Signature of Plaintiff

_____
Plaintiff's Telephone Number

_____
Plaintiff's Email Address

_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.