IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RODNEY C. MOORE,

    Plaintiff,

                                      Case No. 20-cv-831-wmc

    v.

STEPHANIE ARNOTT, HEATHER
LUHMAN, AND BILL LAZAR,

    Defendants.

JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 11/25/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |